IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

**26-55038**

In re:

Alicia S McCrimon

Debtor

Case No:

Chapter 13

MOTION TO EXTEND AUTOMATIC STAY

COMES NOW the Debtor, proceeding pro se, and respectfully moves this Court to extend the automatic stay pursuant to 11 U.S.C. § 362(c)(3), and shows the Court as follows:

1. I filed a Chapter 13 bankruptcy petition on 4/15/2026.

2. I had a prior Chapter 13 case filed within the preceding one-year period, which was dismissed on 2/19/2024 due to non-payment.

3. The present case is filed in good faith.

4. The circumstances that led to the dismissal of the prior case have materially changed. Specifically, the Debtor is now employed full-time earning approximately $20 per hour, providing stable and regular income sufficient to fund a Chapter 13 plan.

5. I have reviewed income and expenses and can make regular plan payments, estimated at $300–$400 per month.

6. I intend to successfully complete this Chapter 13 plan and have taken steps to ensure financial stability, including keeping consistent employment and budgeting for necessary expenses.

7. Extension of the automatic stay is necessary to protect my assets and provide an opportunity for reorganization, including:

   a. A vehicle necessary for transportation to and from work;

   b. Temporary protection regarding current housing while I address living arrangements.

8. No party will be prejudiced by the extension of the stay.

WHEREFORE, I, Alicia McCrimon, respectfully ask that this Court:

A. Extend the automatic stay as to all creditors.

B. Set this matter for hearing within the time required by law.

C. Grant such other and further relief as is just and proper.

Respectfully submitted,

Alicia S McCrimon
7759 Parkside Dr
Lithia Springs, GA 30122
404-290-4849
Mccrimon2709@yahoo.com