## IN THE MAGISTRATE COURT OF DOUGLAS COUNTY
### STATE OF GEORGIA

Progress Residential Borrower 17, LLC

Plaintiff(s)

vs.

Alicia McCrimon,

and all other occupants
Defendant(s)

Civil Action Number 26MV009888

FILED

APR 1 7 2026

Susan Connor, Clerk
Magistrate Court
Douglas County, GA

ADDRESS: 7759 Parkside Dr.
Lithia Springs GA 30122

consent

### ORDER AND JUDGMENT

The above-styled case ( ) being in default, or having come regularly for trial before this court, and

( ) the Plaintiff/Defendant having moved for Dismissal of the case
( ) the Plaintiff/Defendant(s) having failed to appear/answer summons
( ) upon motion to strike Defendant(s) answer/for judgment on the pleadings/for directed verdict
(X) the Parties having consented hereto
( ) a Writ of Possession shall be issued upon Plaintiff's written notice to the Court that Defendant has failed to pay as agreed.
( ) the case is dismissed with/without prejudice
( ) having heard the testimony and considered the evidence offered by the Parties in the case, including any counterclaim, it is

ORDERED and ADJUDGED that __Plaintiff__ do have and recover of _____the sum of $_____ as principal, $_____ as interest, $_____ as attorneys' fees, $25.00 fee to Douglas County Sheriff's Office for execution of Writ of Possession, and all costs of court, together with post judgment interest at the legal rate, to accrue hereafter.

(X) A Writ of Possession shall issue instanter, (but shall not be executed prior to 14 days from today's date).
( ) FIFA shall issue immediately/after _____ upon DEFAULT
(X) It is further ORDERED that the Defendant shall pay judgment to the Plaintiff as follows: Monetary claims are dismissed without prejudice. Upon defendant voluntarily vacating by 4/30/26, Plaintiff agrees to dismiss entirety of case without prejudice.

( ) If Defendant pays as agreed, they may stay in the home.
( ) In the event a Petition for Review is filed, the Defendant(s) shall pay $_____ into the registry of the Court through the Clerk's office on the _____ day of every month and each month hereafter, beginning _____ plus any judgment amount by _____, pursuant to OCGA 44-7-56. Upon Defendant(s) failure to comply with this Order, a Writ of Possession shall issue without additional trial on such issue, upon an affidavit from Plaintiff to that effect filed with the Clerk.

The Court further finds:
Pursuant to 11 USC 362, no automatic stay is in effect, as defendant has had 4 pending BKs in last 12 mos. 25-54432, filed 4/23/25, dism. 5/19/25; 25-58271, filed 7/24/25, discharged 11/10/25; 26-51565, filed 2/4/26, dism. 3/4/26; 26-55038, filed 4/15/26

SO ORDERED this __17th__ day of __April__, 2026.

Attorney for Plaintiff - GA #798589

TASHÉ A. DUNLAP
Magistrate Judge, Douglas County, GA

Defendant

Defendant

Defendant