**IT IS ORDERED as set forth below:**

**Date: May 11, 2026**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 26-55038-JWC |
| ALICIA S. MCCRIMON, | CHAPTER 13 |
| Debtor. | |

### ORDER

**THIS MATTER** is before the Court on Debtor's Motion to Extend Automatic Stay (Doc. No. 8) (the "Motion"). Progress Residential Borrower 17, LLC filed an opposition to the Motion (Doc. No. 22) (the "Opposition"). The Motion came before the Court at a hearing May 5, 2026, at which Debtor and counsel for Progress Residential appeared. After considering the Motion, the Opposition, the arguments at the hearing, and the record in this case and Debtor's previous cases, the Court will deny the Motion.

This is Debtor's 4th bankruptcy case filed within the past year and 10th bankruptcy case overall. Two of Debtor's previous cases pending within the past year

were dismissed. *See* Case Nos. 25-54432 and 26-51565.[1] Because Debtor has two previous cases that were pending within the year prior to filing this case that were dismissed, the automatic stay did not go into effect in this case. *See* 11 U.S.C. § 362(c)(4)(A)(1). The Court may impose the automatic stay upon request by Debtor but only if Debtor shows by clear and convincing evidence that this case was filed in good faith as to the creditor to be stayed, and the Court is required to presume that the case is not filed in good faith. *Id.* at (c)(4)(B) and (D).

The Court finds that Debtor has not rebutted by clear and convincing evidence the presumption that this case was not filed in good faith. Debtor has not filed a plan in this case, and the schedules on file show that Debtor has a significant monthly deficit in the budget, which raises substantial doubt that Debtor can or intends to file a feasible plan. Although Debtor filed a belated request for more time to file a plan and indicates she has talked with counsel about helping her in this case (Doc. No. 20), Debtor failed to file a plan in her most recent previous case, case no. 26-51565, despite obtaining two extensions of time to file a plan, and Debtor has had more than ample time to seek the assistance of counsel between her previous case and this case. Debtor's other recent filing history further demonstrates a repeated failure to comply with a debtor's obligations under the Bankruptcy Code, despite obtaining a discharge in a chapter 7 case last year.

Further, Debtor requests the stay be imposed as to Progress Residential solely to delay an eviction proceeding for 30-60 days. Progress Residential filed the

---

[1] Debtor received a chapter 7 discharge in case number 25-58271, rendering her ineligible to receive a discharge in this case.

dispossessory in January, and Debtor's previous case, which she failed to prosecute properly, already stayed the dispossessory for 30 days while that case was pending. Debtor acknowledges she must vacate the property and has not proposed to assume the lease or make any payments for her use of the property during the pendency of the case. Finally, Debtor already agreed in the state court dispossessory proceeding to vacate the property by April 30, 2026. The Court cannot find Debtor has rebutted the presumption that this case is not filed in good faith. Accordingly,

**IT IS ORDERED** that the Motion is **DENIED**.

The Clerk's Office is directed to serve a copy of this Order upon Debtor and the chapter 13 trustee.

**END OF DOCUMENT**

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 26-55038-jwc

Alicia S. McCrimon                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: May 12, 2026 | Form ID: pdf603 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: mccrimon2709@yahoo.com | May 12 2026 20:34:00 | Alicia S. McCrimon, 7759 Parkside Dr., Lithia Springs, GA 30122-6871 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 17  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |

TOTAL: 2