**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ALICIA S. MCCRIMON | : | CASE NO.  A26-55038-JWC |
| DEBTOR | : | |

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION**
**AND MOTION TO DISMISS CASE FOR CAUSE AND ENJOINING**
**THE DEBTOR FROM FILING A CHAPTER 13 BANKRUPTCY**
**CASE FOR A PERIOD OF AT LEAST 180 DAYS**

COMES NOW, Nancy J. Whaley, Chapter 13 Trustee herein, and files herewith her Objection to Confirmation and Motion to Dismiss Case for Cause and Enjoining the Debtor from Filing a Chapter 13 Bankruptcy Case for a Period of at least 180 Days, and as grounds shows the Court as follows:

1.

The Trustee was unable to conduct the Meeting of Creditors pursuant to 11 U.S.C. Section 341 because the Debtor failed to appear.

2.

The Debtor has failed to make any payments to the Chapter 13 Trustee, thus indicating that this case may be infeasible in violation of 11 U.S.C. §1325(a)(6).

3.

The Debtor has not filed a plan as required by 11 U.S.C. Section 1321.

4.

The Debtor has failed to provide to the Trustee a copy of the last tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A).

5.

The Debtor has filed four (4) prior bankruptcy cases within the last three (3) years. Further, this is the fourth case filed consecutively since April 2025.  While the Debtor received a discharge in her Chapter 7 case, the Chapter 13 cases have not been prosecuted.  Said cases are as follows:

a.)   Chapter 13 case number A23-59483-JWC was filed by the Debtor on September 28, 2023. The case was dismissed prior to confirmation on October 23, 2023 for the Debtor's failure to file the list of creditors.  In that case, the Debtor failed to file the required schedules and plan.

b.) Chapter 7 case number A25-54432 JWC filed on April 23, 2025 and was dismissed for failure to file information on May 19, 2025.

c.) Chapter 7 case number A25-58271 JWC filed on July, 24, 2025 in which the Debtor received a discharge on November 10, 2026.

d.) Chapter 13 case number A26-51565-JWC was filed by the Debtor on February 4, 2026. The case was dismissed prior to confirmation on March 4, 2026 for the Debtor's failure to pay filing fee.

The Debtor's conduct in this and prior cases demonstrates that the Debtor may have filed this case without the intention of properly prosecuting this case and has failed to appear before the Court in proper prosecution of this case within the meaning of 11 U.S.C. Section 109(g).

WHEREFORE, the Trustee moves the Court to inquire into the above objections and to make a finding that dismissal for cause under 11 U.S.C. Section 1307(c) and Section 349(a) is appropriate, and as a result the Debtor is enjoined from refiling under Chapter 13 for a period of not less than 180 days; or that dismissal with prejudice for a period of 180 days pursuant to 11 U.S.C. 109(g) is appropriate.

This the 4th day of June, 2026.

Respectfully submitted:


_/s/_____
Maria C. Joyner
Attorney for Chapter 13 Trustee
GA Bar No. 118350
/scw                          303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201
mjoyner@njwtrustee.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| | : | |
| **ALICIA S. MCCRIMON** | : | **CASE NO.  A26-55038-JWC** |
|     **DEBTOR** | : | |
| | : | |
| **NANCY J. WHALEY, TRUSTEE** | : | |
|     **MOVANT** | : | |
| **Vs.** | : | |
| | : | |
| **ALICIA S. MCCRIMON** | : | |
|     **RESPONDENT** | : | |

## NOTICE OF HEARING ON CHAPTER 13 TRUSTEE'S
## MOTION TO DISMISS CASE WITH PREJUDICE

**PLEASE TAKE NOTICE** that *Nancy J. Whaley, Standing Chapter 13 Trustee,* has

filed a Motion to Dismiss Case With Prejudice and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the

pleading at *9:30 a.m. on June 30, 2026, in Courtroom 1203, United States Courthouse, 75 Ted*

*Turner Drive, SW, Atlanta, GA 30303*, which must be attended in person, unless the Court

orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read

these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy

case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court

to grant the relief sought in these pleadings or if you want the Court to consider your views, then

you and/or your attorney must attend the hearing.

You may also file a written response to the pleadings with the Clerk at the address stated

below, but you are not required to do so. If you file a written response, you must attach a

certificate stating when, how and on whom (including addresses) you served the response. Mail

or deliver your response so that it is received by the Clerk before the hearing. The address of the

Clerk's Office is: **Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW,**

**Atlanta Georgia 30303**. You must also mail a copy of your response to the undersigned at the

address stated below.

THIS THE 4th day of June, 2026.

Respectfully submitted,


_/s/_____
Maria C. Joyner
Attorney for Chapter 13 Trustee
GA Bar No. 118350
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201
mjoyner@njwtrustee.com

*/scw*

**CERTIFICATE OF SERVICE**

Case No:  A26-55038-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Objection to Confirmation and Motion to Dismiss Case for Cause and Enjoining the Debtor from Filing a Chapter 13 Bankruptcy Case for a Period of at least 180 Days to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

ALICIA S. MCCRIMON
7759 PARKSIDE DR.
LITHIA SPRINGS, GA  30122

This the 4th day of June, 2026.

/s/_____

   Maria C. Joyner
   Attorney for the Chapter 13 Trustee
   State Bar No. 118350
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201