**IT IS ORDERED as set forth below:**

**Date: July 13, 2026**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **ALICIA S. MCCRIMON** | : | **CASE NUMBER A26-55038-JWC** |
| **DEBTOR** | : | |

### ORDER DISMISSING CASE WITH A BAR TO REFILING
### PURSUANT TO 11 U.S.C. SECTIONS 105(a), 349(a) AND 109(g)

On June 30, 2026 at 9:30 a.m., the Court held a hearing on the Trustee's Objection to Confirmation of Plan and Motion to Dismiss Case for Cause and Enjoining the Debtor from Filing a Chapter 13 Bankruptcy Case for a Period of At Least 180 Days (Doc. No. 26).  Present at the hearing was Counsel for the Chapter 13 Trustee; the Debtor did not appear in opposition to the request.  The court finds that the Debtor has filed four (4) prior Chapter 13 cases within the last three (3) years, each of which was dismissed by the Court. Said cases are as follows:

a.) Chapter 13 case number A23-59483-JWC was filed by the Debtor on September 28, 2023. The case was dismissed prior to confirmation on October 23, 2023 for the Debtor's failure to file the list of creditors. In that case, the Debtor failed to file the required schedules and plan.

b.) Chapter 7 case number A25-54432 JWC filed on April 23, 2025 and was dismissed for failure to file information on May 19, 2025.

c.) Chapter 7 case number A25-58271 JWC filed on July, 24, 2025 in which the Debtor received a discharge on November 10, 2026.

d.) Chapter 13 case number A26-51565-JWC was filed by the Debtor on February 4, 2026. The case was dismissed prior to confirmation on March 4, 2026 for the Debtor's failure to pay filing fee.

Although the Debtor has filed and received a discharge in  one of her Chapter 7 cases, she has failed to appear in proper prosecution of this case and her prior Chapter 13 filings.

For good cause shown, **IT IS HERBY**

**ORDERED,** that this case is **DISMISSED. IT IS FURTHER**

**ORDERED,** that pursuant to 11 U.S.C. Sections 1307(c), 349(a), 109(g) and 11 U.S.C. Section 105(a), the Debtor is ineligible to be a Debtor in a case under Chapter 13 of Title 11 of the United States Code for a period of one-hundred and eighty (180) days from the entry of this Order.

The Clerk of the Court is directed to serve this Order on the parties included in the Distribution List.

**END OF DOCUMENT**

Presented By:


 /s/
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201
janania@njwtrustee.com

## <u>DISTRIBUTION LIST</u>

**Case No.: A26-55038-JWC**

**The Clerk of Court shall serve all parties on the Mailing Matrix.**