**IT IS ORDERED as set forth below:**

**Date: July 13, 2026**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| ALICIA S. MCCRIMON | : | CASE NUMBER A26-55038-JWC |
| DEBTOR | : | |

**ORDER DISMISSING CASE WITH A BAR TO REFILING**
**PURSUANT TO 11 U.S.C. SECTIONS 105(a), 349(a) AND 109(g)**

On June 30, 2026 at 9:30 a.m., the Court held a hearing on the Trustee's Objection to Confirmation of Plan and Motion to Dismiss Case for Cause and Enjoining the Debtor from Filing a Chapter 13 Bankruptcy Case for a Period of At Least 180 Days (Doc. No. 26).  Present at the hearing was Counsel for the Chapter 13 Trustee; the Debtor did not appear in opposition to the request.  The court finds that the Debtor has filed four (4) prior Chapter 13 cases within the last three (3) years, each of which was dismissed by the Court. Said cases are as follows:

a.) Chapter 13 case number A23-59483-JWC was filed by the Debtor on September 28, 2023. The case was dismissed prior to confirmation on October 23, 2023 for the Debtor's failure to file the list of creditors. In that case, the Debtor failed to file the required schedules and plan.

b.) Chapter 7 case number A25-54432 JWC filed on April 23, 2025 and was dismissed for failure to file information on May 19, 2025.

c.) Chapter 7 case number A25-58271 JWC filed on July, 24, 2025 in which the Debtor received a discharge on November 10, 2026.

d.) Chapter 13 case number A26-51565-JWC was filed by the Debtor on February 4, 2026. The case was dismissed prior to confirmation on March 4, 2026 for the Debtor's failure to pay filing fee.

Although the Debtor has filed and received a discharge in  one of her Chapter 7 cases, she has failed to appear in proper prosecution of this case and her prior Chapter 13 filings.

For good cause shown, **IT IS HERBY**

**ORDERED,** that this case is **DISMISSED**. **IT IS FURTHER**

**ORDERED,** that pursuant to 11 U.S.C. Sections 1307(c), 349(a), 109(g) and 11 U.S.C. Section 105(a), the Debtor is ineligible to be a Debtor in a case under Chapter 13 of Title 11 of the United States Code for a period of one-hundred and eighty (180) days from the entry of this Order.

The Clerk of the Court is directed to serve this Order on the parties included in the Distribution List.

**END OF DOCUMENT**

Presented By:

_/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201
janania@njwtrustee.com

## <u>DISTRIBUTION LIST</u>

**Case No.: A26-55038-JWC**

**The Clerk of Court shall serve all parties on the Mailing Matrix.**

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 26-55038-jwc

Alicia S. McCrimon                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                                        User: bncadmin                                        Page 1 of 2

Date Rcvd: Jul 13, 2026                                  Form ID: pdf592                                      Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: mccrimon2709@yahoo.com | Jul 13 2026 21:17:00 | Alicia S. McCrimon, 7759 Parkside Dr., Lithia Springs, GA 30122-6871 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 13 2026 21:26:33 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: bknotices@progressresidential.com | Jul 13 2026 21:26:00 | Progress Residential Borrower 17, LLC, 7500 N. Dobson Rd, Ste 300, Scottsdale, AZ 85256-2727 |
| 25828723 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 13 2026 21:26:00 | Chrystler Capital, PO Box 961275, Forth Worth TX 76161-0275 |
| 25828724 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 13 2026 21:25:00 | Dept of Education/Nelnet, 121 13th St, Lincoln, NE 68508-1911 |
| 25866926 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 13 2026 21:25:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 25845145 | + Email/Text: bknotices@progressresidential.com | Jul 13 2026 21:26:00 | Progress Residential, 7500 N Dobson Rd #300, Scottsdale AZ 85256-2727 |
| 25866923 | + Email/Text: bknotices@progressresidential.com | Jul 13 2026 21:26:00 | Progress Residential, 2658 Holcomb Bridge, #118, Alpharetta, GA 30022-6822 |
| 25828725 | + Email/Text: bknotices@progressresidential.com | Jul 13 2026 21:26:00 | Progress Residential, 7500 N Dobson Rd # 300, Scottsdale, AZ 85256-2727 |
| 25847809 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 13 2026 21:26:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 25859726 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 13 2026 21:25:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, LINCOLN, NE 68508-1911 |
| 25828726 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 13 2026 21:23:00 | Verizon Wireless, 500 Technology Dr # 500, Weldon Springs, MO 63304-2225 |
| 25866927 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 13 2026 21:23:00 | Verizon Wireless, 500 Technology Dr #550, Weldon Springs, MO 63304-2225 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 113E-9                     User: bncadmin                          Page 2 of 2
Date Rcvd: Jul 13, 2026                  Form ID: pdf592                         Total Noticed: 13

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Maria C. Joyner | on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com  ECF@njwtrustee.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 17  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |

TOTAL: 3